# SCHEDULE C

SCHEDULE "C"
LEGAL DESCRIPTION

PERPETUAL ROAD EASEMENT

Starr County, Texas

Tract: RGV-RGC-2022E-1     Owner: Unknown Owners, et al.     Acreage: 0.1

BEING a certain tract of land containing 0.1 acres, more or less, out of a 5.03 acre, more or less, tract which is bordered partially on the west by a 44.06 acre tract owned by the Starr Camargo Bridge Company, situated in Porcion Numbers 81 and 82, Ancient Jurisdiction of Camargo, Mexico, now Starr County, Texas, being more particularly described as follows:

BEING a strip of land 20 feet in width and 250 feet in length, located adjacent to and parallel with the center line of an existing road, commencing with the southwesternmost corner of said 5.03 acre tract, in the westerly portion of said 5.03 acre parcel, containing 0.1 acres, more or less, as shown on the attached map.

SCHEDULE "C" (Cont.)
LEGAL DESCRIPTION

TEMPORARY ACCESS EASEMENT

Starr County, Texas

Tract: RGV-RGC-2022E-2      Owner: Unknown Owners, et al.     Acreage: 0.06

BEING a certain tract of land containing 0.06 acres, more or less, out of a 5.03 acre, more or less, tract which is bordered partially on the west by a 44.06 acre tract owned by the Starr Camargo Bridge Company, situated in Porcion Numbers 81 and 82, Ancient Jurisdiction of Camargo, Mexico, now Starr County, Texas, being more particularly described as follows:

BEING a strip of land 10 feet in width and 250 feet in length, located 20 feet easterly of the center line of an existing road, in the westerly portion of parcel and bounded on the west by Tract RGV-RGC-2022E-1 described herein, and containing 0.06 acres, more or less, as shown on the attached map.

# SCHEDULE D

SCHEDULE "D"
PERPETUAL ROAD EASEMENT



LAND TO BE CONDEMNED

Tract: RGV-RGC-2022E-1
Owner: Unknown Owners, et al.
Acreage: 0.10
Starr County, Texas

SCHEDULE "D" (Cont.)
TEMPORARY ACCESS EASEMENT



LAND TO BE CONDEMNED

Tract:    RGV-RGC-2022E-2
Owner:    Unknown Owners, et al.
Acreage:  0.06
Starr County, Texas

# SCHEDULE E

SCHEDULE "E"
ESTATE TAKEN

PERPETUAL ROAD EASEMENT

Starr County, Texas

Tract: RGV-RGC-2022E-1   Owner: Unknown Owners, et al.   Acres: 0.10

A perpetual and assignable easement and right-of-way in, over and across the land described in Schedule "C" for the location, construction, operation, maintenance, alteration and replacement of a road and appurtenances thereto; together with the right to trim or remove any vegetative or structural obstacles that interfere with the right-of-way; subject to minerals and rights appurtenant thereto, and to existing easements for public roads, highways, public utilities, railroads and pipelines; reserving, however, to the owners, their successors and assigns, the right to use the surface of such land as access to their adjoining land or for any other use consistent with its use as a road.

SCHEDULE "E" (Cont.)
ESTATE TAKEN

TEMPORARY ACCESS EASEMENT

Starr County, Texas

Tract: RGV-RGC-2022E-2     Owner: Unknown Owners, et al.     Acres: 0.06

A temporary and assignable easement and right-of-way in, over and across the land described in Schedule "C" for a period not to exceed 24 months, beginning with date possession of the land is granted to the United States, for the location, construction, operation, maintenance, alteration and replacement of a road and appurtenances thereto; together with the right to trim or remove any vegetative or structural obstacles that interfere with the right-of-way; subject to minerals and rights appurtenant thereto, and to existing easements for public roads, highways, public utilities, railroads and pipelines; reserving, however, to the owners, their successors and assigns, the right to use the surface of such land as access to their adjoining land or for any other use consistent with its use as a road.

# SCHEDULE G

SCHEDULE "G"
NAMES AND ADDRESSES OF INTERESTED PARTIES:

Unknown Owners
Address unknown