IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *Plaintiff* | § § § | |
| v. | § § | CIVIL ACTION NO. 7:08-cv-191 |
| 0.16 ACRES OF LAND, more or less, situated in STARR COUNTY, TEXAS; and UNKNOWN OWNERS, ET AL., | § § § | TRACT NO. RGV-RGC-2022 |
| *Defendant(s)*. | § § | |

## UNITED STATES' RESPONSE TO THE DISTRICT COURT'S ORDER FOR A CASE STATUS UPDATE

**NOW INTO COURT**, by and through undersigned counsel, come the United States of America, Plaintiff, and in response to the District Court's September 4, 2012, Order to inform the Court on the status of the case; inform the Court of any impediment to resolving the case; and, the prospects of resolution in the near future avers as follows:

This condemnation action was initiated on June 27, 2008 (Docket No. 1). Additionally, the amount of one thousand dollars ($1,000.00) was placed into the Registry of the Court by the United States which occurred on July 2, 2008 (Docket No. 4). The United States of America filed this condemnation after being unable, through due diligence, to locate the owner of the described property. The case remains unresolved.

There is an open issue in this case concerning just compensation, but the United States has not finalized a title commitment, land survey, or fence alignment through the area of the easement or the accompanying take. The United States expects to finalize the title commitment, land survey, and fence alignment for this tract by August of 2013. Once finalized, the United

States will be positioned to file an Amended Declaration of Taking establishing final metes and bounds descriptions of the take and resolving any outstanding access issues.

The United States, through due diligence, has been unable to identify the Landowner or the Landowner's whereabouts. Therefore, the United States has been unable to undertake efforts to reach the Landowner by mail or telephone and was unable to conference with the Landowner in this case per the Court's Order.

It is the United States' belief that a finalized title commitment likely will yield information regarding the identity of the Landowner in this matter, and would request that the Court permit the United States additional time to complete the title commitments and land surveys and time to resume efforts to locate the Landowner based upon that new information.

**WHEREFORE**, premises considered, the United States prays the Court continue the suspension of deadlines in this matter pending final resolution of the title commitment, land survey, and fence alignment in this case.

Respectfully submitted,

**KENNETH MAGIDSON**
United States Attorney
Southern District of Texas

By: *s/Eric A. Hudson*
**ERIC A. HUDSON**
Assistant United States Attorney
Southern District of Texas No. 100759
Texas Bar No. 24059977
600 E. Harrison, Suite 201
Brownsville, Texas 78520
Tel: (956) 548-2554
Fax: (956) 548-2776
E-mail: eric.hudson2@usdoj.gov
Attorney–in–Charge for Plaintiff